**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| ACER PARCO, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. BANK N.A.; SPECIALIZED LOAN SERVICING LLC; BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>       Defendants. | Case No. 3:16-cv-06725-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE INITIAL RESPONSES TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:   October 18, 2016<br>Trial Date:           None |

Having read and considered the parties' stipulation to extend time to file initial response to plaintiffs' complaint from December 28, 2016 to January 6, 2017, the Court hereby **APPROVES** the stipulation.

IT IS SO ORDERED.

Dated:  December 29, 2016

By: /s/ Haywood S. Gilliam, Jr.
Honorable Haywood S. Gilliam, Jr.

{40321713;1}

1                                                    CASE NO. 3:16-CV-06725-HSG
**[PROPOSED]** ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE INITIAL RESPONSES TO PLAINTIFF'S COMPLAINT

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342